IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALFRED WILCHER,

    Plaintiff,

vs.                                                                          5:05-CV-132-SPM

JAMES V. CROSBY, JR., *et al.*,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 12) dated September 9, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections on September 22, 2005 (doc. 13) and a motion for injunctive relief the following day (doc. 14).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Plaintiff falls under the "three strikes" provision of the Prison Litigation Reform Act ("PLRA"), which prohibits an inmate from filing any civil actions or appeals if he has three or more previous cases dismissed on grounds of frivolity, malice, or

failure to state a claim upon which relief can be granted.  28 U.S.C. § 1915(g).  The report and recommendation noted that Plaintiff had not alleged that he was in imminent danger of serious physical injury—the only exception to the "three strikes" rule.  Id.

In his objections, Plaintiff responds by arguing that the institution's failure to provide him special orthopedic shoes places him in danger of serious physical injury.  Notwithstanding the facts that Plaintiff's allegations do not rise to the level necessary to fall within the exception, *see* Zuniga v. Univ. Health Sys., 71 Fed. Appx. 293 (5th Cir. 2003), the Court must look solely to the allegations in the complaint to determine sufficiency; a plaintiff "may not amend his complaint by simply making additional or more explanatory allegations in subsequent filings."  Miller v. Meadows, 2005 WL 1983838 at *5 (M.D. Ga. 2005).  "Additional allegations of injuries complained of in other documents cannot therefore form a basis for satisfying the exception to the Three Strikes Rule."  Id.

Here, based on a review of the complaint, the Court agrees with the magistrate's finding that Plaintiff has not pled sufficient facts to show that he is in imminent danger of serious physical injury.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (doc. 1) hereby *dismissed without prejudice.*

3. Based on the dismissal, Plaintiff's motion for an order compelling discovery (doc. 8), Plaintiff's motion for appointment of counsel (doc. 9), and Plaintiff's motion for injunctive relief (doc. 14) are all hereby *denied*.

**DONE AND ORDERED** this <u>twenty-ninth</u> day of September, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao